IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| DAVID DEBOARD, | § § § | |
| Plaintiff, | § | Civil Action No.: 1:22-CV-00135-JRS-KMB |
| | § § | |
| v. | § § | **JURY DEMANDED** |
| MIDTOWN WEST RESIDENTIAL PARTNERS, LLC, and BARRETT & STOKELY, INC., | § § § § § | |
| Defendants. | § § | |
| MIDTOWN WEST RESIDENTIAL PARTNERS, LLC AND BARRETT & STOKELY, INC., | § § § § § | |
| Third-Party Plaintiffs, | § § | |
| v. | § § | |
| DALE DILLON CONSTRUCTION, INC., d/b/a DILLON CONSTRUCTION GROUP, | § § § § | |
| Third-Party Defendant. | § | |

**ORDER ON STIPULATION FOR DISMISSAL WITH PREJUDICE**

Came on to be heard the parties' Stipulation for Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The Court having considered same is of the opinion that the same be granted and hereby ORDERS that this action be, and hereby is, dismissed with prejudice with each party to bear its own costs and attorneys' fees.

Date: 12/20/2022

_____
JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Distribution to all counsel of record via CM/ECF.